

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

April 5, 2023

<u>Via ECF; Total Pages: 1</u>
Hon. Katherine H. Parker, U.S.M.J.
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023

    Re:    Brown v. Sfdisplay.com
             Docket No. 1:22-cv-8941

Dear Judge Parker:

    This office represents defendant Sfdisplay.com in the above referenced matter. I am writing jointly with Plaintiff's counsel to respectfully advise the court that the parties have reached a settlement in principle. The parties seek to complete a settlement agreement and file a stipulation of dismissal within thirty (30) days.

    <u>An in-person Initial Conference is scheduled for tomorrow April 6, 2023 at 11:15 a.m. In light of the above settlement of this matter, the parties respectfully request that the conference be cancelled. This is the first request to cancel this conference.</u>

    Thank you for your kind consideration and courtesies in addressing this matter.

                                               Respectfully submitted,

                                               *Michael K. Chong*

APPLICATION GRANTED
*Katharine H. Parker*    4/5/2023    Michael K. Chong, Esq.
Hon. Katharine H. Parker, U.S.M.J.

MKC/
cc: Plaintiff's counsel (*Via ECF*)