UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAMAR BROWN, individually and on behalf of all
others similarly situated,

                            Plaintiffs,

      -against-

SFDISPLAY.COM, LLC.

                            Defendant.
-------------------------------------------------------------X

Case No. 1:22-cv-8941

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: March 21, 2024

New York, New York

| Mars Khaimov Law, PLLC | MKC Law Group LLC |
|---|---|
| By: _____[signature]_____ | By: _____[signature]_____ |
| Mars Khaimov, Esq. | Michael K. Chong, Esq. |
| 100 Duffy Avenue, Suite 510 | 32 East 57th Street, 8th Fl., |
| Hicksville, New York 11801 | New York, New York 10022 |
| Tel.: 929.324.0717 (direct) | Ph: (212) 726-1104 |
| mars@khaimovlaw.com | mkchong@mkclawgroup.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: _____[signature]_____ DATED: March 27, 2024
U.S.D.J
                 JENNIFER H. REARDEN
                 United States District Judge